Jerome WHITAKER, Appellant,

v.

Vivian LAHMON, et al., Appellees.

No. 10–94–009–CV.

Court of Appeals of Texas, Waco.

April 6, 1994.

Jerome Whitaker, *pro se.*

Before THOMAS, C.J., and CUMMINGS and VANCE, JJ.

## OPINION

THOMAS, Chief Justice.

Jerome Whitaker, proceeding in forma pauperis, sued the twelve members of the jury that convicted him of aggravated robbery.[1] He alleged that the jury had violated his constitutional rights by finding that he used a deadly weapon in the course of a robbery in the absence of any evidence to support the finding and sought resentencing and $1.5 million in damages. The court found that the suit was "asinine [and] frivolous" and dismissed his petition. *See* TEX.

---

1. This court affirmed Whitaker's conviction in an unpublished opinion, overruling his challenge to the sufficiency of the evidence. *See Whitaker v.* *State,* 10–86–197–CR (Tex.App.—Waco, July 23, 1987, no pet.) (not designated for publication).

CIV.PRAC. & REM.CODE ANN. § 13.001(a) (Vernon Supp.1994). We agree.

Our duty is to affirm the judgment of the trial court if it was proper under any legal theory. *See Birdo v. Ament,* 814 S.W.2d 808, 810 (Tex.App.—Waco 1991, writ denied). We conclude that the dismissal was proper because the claim has no arguable basis in law or in fact. *See* TEX.CIV.PRAC. & REM. CODE ANN. § 13.001(b)(2). Individuals are absolutely immune from suits based on their service as jurors at a criminal trial. *See Young v. Biggers,* 938 F.2d 565, 569 (5th Cir.1991); *see also Freeze v. Griffith,* 849 F.2d 172, 174 (5th Cir.1988); *Sunn v. Dean,* 597 F.Supp. 79, 81–82 (N.D.Ga.1984). The judgment is affirmed.